DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM HARVEY RICE

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2163
_____

February 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

William Harvey Rice, pro se.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.